AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>HARRIS, LAMONT G<br>1009 W 5TH ST<br><br>CHESTER, PA 19103 | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No. PE70    4856412<br>USM No. 17-M-581<br>PRO SE<br>Defendant's Attorney |

**THE DEFENDANT:** HARRIS, LAMONT G

☐ **THE DEFENDANT** pleaded guilty to count(s) _____    was found guilty of: _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 38 CFR 1.218(b)(4) | Theft of Govt. Property | 4/26/2017 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $525.00 | $ 0.00 | $ 500.00 | $ 25.00 |

Last Four Digits of Defendant's Soc. Sec. No.: [redacted]

Defendant's Year of Birth: [redacted]

City and State of Defendant's Residence:
CHESTER, PA

April 26, 2017
Date of Imposition of Judgment

[signature]
Signature of Judge

JACOB P. HART, U. S. MAGISTRATE JUDGE
Name and Title of Judge

April 28, 2017
Date